DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

4 OCTOBER 2012

| 143P12 | Fairway Forest Townhouses Association, Inc., a North Carolina Nonprofit Corporation; Vince Zarzaca, Burton Bloom, Frank Walker, and Larry Morgan, Each Individually and as Members of the Board of Directors of Fairway Forest Townhouses v. Fairfield Sapphire Valley Master Association, Inc., a North Carolina Nonprofit Corporation | Plts' PDR Under N.C.G.S. § 7A-31 (COA11-942) | Denied |
|--------|--------|--------|--------|
| 154P12 | Della Mae Wright and Phillip Emanuel Wright, Jr. v. Gary Oakley and Nina Oakley | Plt's (Della Mae Wright) Pro Se PDR Under N.C.G.S. § 7A-31  (COA11-426) | Denied |
| 164P12 | Theodore H. Gasper, Jr. v. The Board of Trustees of Halifax Community College, Frank V. Avent, III, in his official and individual capacity, Rachel K. Hux, in her official and individual capacity, Roger W. Dalton, in his official and individual capacity, William A. Pierce, III, in his official and individual capacity, Cary Whitaker, in his official and individual capacity, William O. White, Jr., in his official and individual capacity, Barry Wilson, in his official and individual capacity, and Leslie W. Merritt, Jr., in his official and individual capacity | Plt's PDR Under N.C.G.S. § 7A-31 (COA11-675) | Denied |